## William Spaugh, Appellant, v. Myrtle M. Mann, Appellee.

This case is controlled by the decision in Hoskins v. Mann, *ante*, p. 49.

Bill of interpleader. Appeal from the Circuit Court of Moultrie county; the Hon. W. G. COCHRAN, Judge, presiding. Heard in this court at the November term, 1907. Reversed and remanded with directions. Opinion filed April 21, 1908.

J. B. TITUS and R. M. PEADRO, for appellant.

CRAIG & KINZEL, for appellee.

PER CURIAM. This is an appeal from a decree of the Circuit Court upon a bill of interpleader filed by appellant and against appellee and Musetta Henton.

The questions involved are sufficiently stated in Hoskins v. Mann et al., *ante*, p. 49. In accordance with the views there expressed the decree of the Circuit Court will be reversed and the cause remanded with directions to the Circuit Court to dismiss the bill upon hearing for want of equity.

*Reversed and remanded with directions.*